1  Jon F. Hamilton, SBN 232559
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   jhamilton@law4cops.com
5
   Attorneys for Defendants
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
   ORLANDO JESUS BENAVIDES,         )   No.  1:12-CV-00405-LJO-JLT
10                                  )
              Plaintiff,            )
11                                  )   **STIPULATION AND ORDER**
        vs.                         )   **FOR EXTENDING TIME FOR**
12                                  )   **DEFENDANTS' RESPONSIVE**
   CITY OF ARVIN, STEVEN SCHMICK,   )   **PLEADING**
13 and DOES 1 to 100, Inclusive,    )
                                    )
14            Defendants.           )
                                    )
15 _____  )

16

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Stipulation and Order for Extension of Time                 No.  1:12-CV-00405-LJO-JLT

1. Plaintiff, Orlando Jesus Benavides, by and through his counsel, John A. Kawai, and Defendants, City of Arvin and Steven Schmick, by and through their counsel, Jon F. Hamilton, hereby jointly request and stipulate to extend Defendants' deadline to file a responsive pleading to Plaintiff's Complaint, filed March 16, 2012, from April 12, 2012 to May 3, 2012. Good cause exists because of the Defendants' counsel recently received the Complaint, the Defendants are still investigating the claims of the Plaintiffs, and the Defendants need the additional time to file a proper responsive pleading.

Dated: April 6, 2012         FERGUSON, PRAET & SHERMAN
                             A Professional Corporation

                             By:    /s/ Jon F. Hamilton
                                    Jon F. Hamilton, Attorney for Defendants

Dated: April 6, 2012         RODRIGUEZ & ASSOCIATES
                             A Professional Law Corporation

                             By:    /s/ John A. Kawai
                                    John A. Kawai, Attorney for Plaintiffs

## **ORDER**

The extension of time for the Defendants to file a responsive pleading to the Plaintiffs' Complaint is hereby ordered extended from April 12, 2012 to May 3, 2012.

IT IS SO ORDERED.

Dated:  **April 9, 2012**              /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE