Jon F. Hamilton, SBN 232559
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
jhamilton@law4cops.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JESUS BENAVIDES,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF ARVIN, STEVEN SCHMICK, and DOES 1 to 100, Inclusive,<br><br>  Defendants. | No.  1:12-CV-00405-LJO-JLT<br><br>**STIPULATION AND ORDER FOR EXTENDING TIME FOR DEFENDANTS' RESPONSIVE PLEADING** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. Plaintiff, Orlando Jesus Benavides, by and through his counsel, John A. Kawai, and Defendants, City of Arvin and Steven Schmick, by and through their counsel, Jon F. Hamilton, hereby jointly request and stipulate to extend Defendants' deadline to file a responsive pleading to Plaintiff's Complaint, filed March 16, 2012, from April 12, 2012 to May 3, 2012. Good cause exists because of the Defendants' counsel recently received the Complaint, the Defendants are still investigating the claims of the Plaintiffs, and the Defendants need the additional time to file a proper responsive pleading.

Dated: April 6, 2012          FERGUSON, PRAET & SHERMAN
                              A Professional Corporation

                        By:   /s/ Jon F. Hamilton
                              Jon F. Hamilton, Attorney for Defendants

Dated: April 6, 2012          RODRIGUEZ & ASSOCIATES
                              A Professional Law Corporation

                        By:   /s/ John A. Kawai
                              John A. Kawai, Attorney for Plaintiffs

## **ORDER**

The extension of time for the Defendants to file a responsive pleading to the Plaintiffs' Complaint is hereby ordered extended from April 12, 2012 to May 3, 2012.

IT IS SO ORDERED.

Dated:  **April 9, 2012**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE