UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JESUS BENAVIDES, | CASE NO. CV F 12-0405 LJO JLT |
| Plaintiff, | |
| vs. | **ORDER AFTER SETTLEMENT** **(Doc. 28.)** |
| CITY OF ARVIN, et al., | |
| Defendants. | |

The parties' counsel notified this Court that settlement has been reached among all parties.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than September 10, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the October 24, 2013 pretrial conference and December 10, 2013 trial, which are subject to immediate resetting if settlement is not completed timely.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of

Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:  __**August 7, 2013**__   ____**/s/**

**Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

2