1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JESUS BENAVIDES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF ARVIN, STEVEN SCHMICK,<br>and DOES 1 TO 100, inclusive,<br><br>　　　　　Defendants. | No.  1:12-cv-00405-LJO-JLT<br><br>*Honorable Lawrence J. O'Neill*<br><br>**ORDER OF DISMISSAL** |

The parties, Plaintiff, ORLANDO JESUS BENAVIDES, and Defendants CITY OF ARVIN and STEVEN SCHMICK, having so stipulated, Doc. 30, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

**Dated:　　August 23, 2013　　　　　/s/  Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE