UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JESUS BENAVIDES, | No. 1:12-cv-00405-LJO-JLT |
| Plaintiff, | *Honorable Lawrence J. O'Neill* |
| vs. | **ORDER OF DISMISSAL** |
| CITY OF ARVIN, STEVEN SCHMICK, and DOES 1 TO 100, inclusive, | |
| Defendants. | |

The parties, Plaintiff, ORLANDO JESUS BENAVIDES, and Defendants CITY OF ARVIN and STEVEN SCHMICK, having so stipulated, Doc. 30, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

**Dated: August 23, 2013**     /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE